1  Daniel B. Schein, Ph.D., Esq. (California State Bar No. 196595)
   James (Jingming) Cai, Esq. (California State Bar No. 200189)
2  SCHEIN & CAI LLP
3  100 Century Center Court, Suite 315
   San Jose, California 95112
4  Telephone: (408) 436-0789
   Facsimile: (408) 436-0758
5
6  Attorneys for Defendant
   MANJEET S. VIRK DBA DEEP BAZAAR
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEEP FOODS, INC. | Case No.: C 06-04965 SC |
| Plaintiff, | Honorable Samuel Conti |
| v. | **JOINT STIPULATION TO ENLARGE TIME TO FILE ANSWER OR TO OTHERWISE RESPOND TO COMPLAINT UNTIL SEPTEMBER 21, 2006** |
| MANJEET S. VIRK DBA DEEP BAZAAR, | |
| Defendant. | |

### STIPULATION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-1(a).

The parties hereby stipulate to enlarging the time for filing an answer or to otherwise respond to the complaint in this matter to September 21, 2006. This will not alter any deadline already fixed by Court order.

////////////////////////////

Concurrence in this filing has been obtained from Plaintiff's attorneys.

Respectfully submitted,

Dated: September 5, 2006

/s/

Daniel B. Schein
James Cai
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

*Counsel for Defendant,*
*MANJEET S. VIRK dba DEEP BAZAAR*

Dated: September 5, 2006

/s/

Anne E. Kearns
Kenneth E. Keller
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415)-249-8330
Facsimile: (415)-249-8333

Lawrence D. Mandel
*Pro hac vice* Pending
MANDEL & PESLAK, LLC
80 Scenic Drive, Suite 5
Freehold, NJ 07728
Telephone: (732)-761-1610
Facsimile: (732)-761-1611

*Attorneys for Plaintiff,*
*DEEP FOODS, INC*

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA