Daniel B. Schein, Ph.D., Esq. (California State Bar No. 196595)
James (Jingming) Cai, Esq. (California State Bar No. 200189)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendant
MANJEET S. VIRK DBA DEEP BAZAAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEEP FOODS, INC.<br><br>  Plaintiff,<br><br>v.<br><br>MANJEET S. VIRK DBA DEEP BAZAAR,<br><br>  Defendant. | Case No.: C 06-04965 SC<br><br>Honorable Samuel Conti<br><br>**JOINT STIPULATION TO ENLARGE TIME TO FILE ANSWER OR TO OTHERWISE RESPOND TO COMPLAINT UNTIL NOVEMBER 13, 2006** |

**STIPULATION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-1(a).**

The parties hereby stipulate to enlarging the time for filing an answer or to otherwise respond to the complaint in this matter to November 13, 2006, in order to permit the parties to explore settlement.  This will not alter any deadline already fixed by Court order.

////////////////////////////

Concurrence in this filing has been obtained from Plaintiff's attorneys.

Respectfully submitted,

Dated: September 21, 2006          /s/_____

Daniel B. Schein
James Cai
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

*Counsel for Defendant,*
*MANJEET S. VIRK dba DEEP BAZAAR*

Dated: September 21, 2006          /s/_____

Anne E. Kearns
Kenneth E. Keller
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415)-249-8330
Facsimile: (415)-249-8333

Lawrence D. Mandel
*Pro hac vice* Pending
MANDEL & PESLAK, LLC
80 Scenic Drive, Suite 5
Freehold, NJ 07728
Telephone: (732)-761-1610
Facsimile: (732)-761-1611

*Attorneys for Plaintiff,*
*DEEP FOODS, INC*

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

2