Daniel B. Schein, Ph.D., Esq. (California State Bar No. 196595)
James (Jingming) Cai, Esq. (California State Bar No. 200189)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendant
MANJEET S. VIRK DBA DEEP BAZAAR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEEP FOODS, INC. | Case No.: C 06-04965 SC |
| Plaintiff, | Honorable Samuel Conti |
| v. | |
| MANJEET S. VIRK DBA DEEP BAZAAR, | **JOINT STIPULATION TO ENLARGE TIME TO FILE ANSWER OR TO OTHERWISE RESPOND TO COMPLAINT UNTIL DECEMBER 3, 2006** |
| Defendant. | |

### STIPULATION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-1(a).

The parties hereby stipulate to enlarging the time for filing an answer or to otherwise respond to the complaint in this matter to December 3, 2006, in order to permit the parties to explore settlement. This will not alter any deadline already fixed by Court order.

////////////////////////////

1   Concurrence in this filing has been obtained from Plaintiff's attorneys.

Respectfully submitted,

Dated: November 10, 2006        /s/_____

Daniel B. Schein
James Cai
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

*Counsel for Defendant,*
MANJEET S. VIRK dba DEEP BAZAAR

Dated: November 10, 2006        /s/_____

Anne E. Kearns
Kenneth E. Keller
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415)-249-8330
Facsimile: (415)-249-8333

Lawrence D. Mandel
*Pro hac vice* Pending
MANDEL & PESLAK, LLC
80 Scenic Drive, Suite 5
Freehold, NJ 07728
Telephone: (732)-761-1610
Facsimile: (732)-761-1611

*Attorneys for Plaintiff,*
DEEP FOODS, INC



IT IS SO ORDERED
Judge Samuel Conti

Daniel B. Schein, Ph.D., Esq. (SBN 196595)
James Cai (SBN 200189)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone: (408) 436-0789
Fax: (408) 436-0758

Attorneys for Defendant
MANJEET S. VIRK DBA DEEP BAZAAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEEP FOODS, INC.<br><br>            Plaintiff,<br><br>v.<br><br>MANJEET S. VIRK DBA DEEP BAZAAR,<br><br>            Defendants. | Case No.: C 06-04965 SC<br><br>Honorable Samuel Conti<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Erick Covarrubias, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City of San Jose, County of Santa Clara, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is

SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, CA 95112.

I caused to be served the following document(s):

**JOINT STIPULATION TO ENLARGE TIME TO FILE ANSWER OR TO OTHERWISE RESPOND TO COMPLAINT UNTIL DECEMBER 3, 2006**

I caused the above documents to be served on each person on the attached list by the following means:

[M] I enclosed true and correct copies of said document(s) in an envelope and placed it for collection and mailing with the United States Post Office on **November 10, 2006**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[ ] I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

[ ] I consigned true and correct copies of said documents for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

[ ] I hand delivered true and correct copies of said documents on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

Executed on **November 10, 2006**, at San Jose, California.

                              /s/
                              Erick Covarrubias

DEEP FOODS, INC. V. MANJEET S. VIRK DBA DEEP BAZAAR
CASE NO.: C 06-04965
PROOF OF SERVICE

SERVICE LIST

Key: [M] Delivery by Mail   [FD] Delivery by Federal Express   [H] Delivery by hand
[F] Delivery by Facsimile   [FM] Delivery by Facsimile and Mail

[M]

Anne E. Kearns
Kenneth E. Keller
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104

Lawrence D. Mandel
MANDEL & PESLAK, LLC
80 Scenic Drive, Suite 5
Freehold, NJ 07728

CHAMBER COPIES
Hon. Samuel Conti
US District Court Northern District of California
San Francisco Division
450 Golden Gate Ave., Courtroom 1, 17th Floor
San Francisco, CA 94102

DEEP FOODS, INC. V. MANJEET S. VIRK DBA DEEP BAZAAR
CASE NO.: C 06-04965
PROOF OF SERVICE