

**KRIEG
KELLER
SLOAN
REILLEY
& ROMAN**
LLP · ATTORNEYS

November 17, 2006

VIA E-FILE

The Honorable Samuel Conti
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA   94102

      Re:    *Deep Foods, Inc. v. Manjeet S. Virk et al.*
            Case No:  C-06-04965 SC
            Letter Request to Appear Telephonically at Hearing

Dear Judge Conti:

      Plaintiff in the above-referenced case respectfully requests that lead counsel,
Lawrence Mandel, of Mandel & Peslak, who is located in New Jersey, be allowed to
appear by telephone at the Case Management Conference set for December 1, 2006 at
10:00 a.m.

      Plaintiff's local counsel, Anne Kearns, of Krieg, Keller, Sloan, Reilley & Roman,
who is located in San Francisco, will appear in person at the hearing.

      Please advise if a telephone appearance by lead counsel is acceptable.

            Respectfully submitted,

            Anne E. Kearns

AEK/all
cc:    Larry Mandel, Esq. (via fax)

DENIED

Judge Samuel Conti

11/20/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

75934